Case 2:25-cr-20278-RJW-DRG ECF No. 1, PageID.1 Filed 04/08/25 Page 1 of 5

| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Officer: Maddox G. Pleasure | Telephone: (313) 418-9368 |

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Robin CORRALES-CORDERO, | Case No. | Case: 2:25-mj-30215<br>Assigned To : Unassigned<br>Assign. Date : 4/8/2025<br>Description: RE: ROBIN<br>CORRALES-CORDERO (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 20, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code, Sec. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 20, 2025, in the Eastern District of Michigan, Southern Division, Robin CORRALES-CORDERO, an alien from Costa Rica, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about September 6, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Maddox G. Pleasure, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: __April 8, 2025__

City and state: __Detroit, MI__

David R. Grand, U.S. Magistrate Judge
Printed name and title

# **AFFIDAVIT**

I, Maddox G. Pleasure declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since May of 2024. I am currently assigned to the Detroit ICE-ERO Criminal Alien Program. Previously, I served as an officer with U.S. Customs and Border Protection, a federal agency responsible for managing and securing the nation's borders, facilitating lawful international travel and trade, and protecting the country from terrorism and illegal activities for approximately 2 years and 5 months.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant Marlon CORRALES-CORDERO, a native and citizen of Costa Rica, for a violation Title 8, United States Code, Section 1326(a), (b)(2), unlawful re-entry following removal from the United States subsequent to a conviction for an aggravated felony offense.

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to CORRALES-CORDERO. I have not included every fact known to law enforcement related to this investigation.

4. CORRALES-CORDERO is a thirty-three-year-old citizen and a native of Costa Rica, who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about October 21, 2017, Laredo Police Department in Texas arrested CORRALES-CORDERO for the offense of Reckless Driving. On December 6, 2017, the district attorney's office dropped the charges.

1

6. On or about November 19, 2021, CORRALES-CORDERO was charged in the 50th District Court in Pontiac, MI, with Domestic Violence. On or about February 15, 2022, the case was dismissed without prejudice.

7. On or about February 8, 2022, CORRALES-CORDERO was charged in the 50th District Court, Pontiac, MI for Speeding. A default judgment was entered against him and on or about March 17, 2022, he was assessed fines and costs in the total amount of $186.

8. On or about March 28, 2023, CORRALES-CORDERO was charged in the 50th District Court, Pontiac, MI with Dog, No License and Dog at Large. On or about October 17, 2023, he failed to appear for a court date and a bench warrant was issued on October 24, 2023.  CORRALES-CORDERO eventually appeared with counsel, and on January 16, 2025, the case was dismissed.

9.  On or about September 25, 2023, ICE arrested CORRALES-CORDERO at or near Detroit, MI, and served him Form I-862; Notice to Appear.

10. On or about February 21, 2024, an Immigration Judge (IJ) in Detroit, MI ordered CORRALES-CORDERO removed from the United States to Costa Rica.

11. On May 8, 2024, ICE removed CORRALES-CORDERO from the United States to Costa Rica.

12. On or about July 7, 2024, CORRALES-CORDERO was encountered by Border Patrol Agents near Laredo, Texas. CORRALES-CORDERO reported that he had entered the United State unlawfully by swimming across the Rio Grande River.  He was processed as a Reinstatement of Prior Order of Removal.

13. On September 6, 2024, ICE-ERO served CORRALES-CORDERO with Form I-871, Notice of Intent/Decision to Reinstate Prior Order. On the same date CORRALES-CORDERO was removed from the United States to Costa Rica on Envoy Air.

14. On or about January 24, 2025, ICE agents encountered CORRALES-CORDERO at the Oakland County Jail in Pontiac, MI, following his arrest on an outstanding warrant.

15. On March 20, 2025, CORRALES-CORDERO was transferred into ICE custody and was transported to the Detroit Field Office for processing.

16. The arrest and subsequent detention of CORRALES-CORDERO was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

17. CORRALES-CORDERO's fingerprints and photograph were captured and searched in the ICE/FBI systems.  A review of CORRALES-CORDERO's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that CORRALES-CORDERO did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on September 6, 2024.

18. Based on the above information, I believe there is probable cause to conclude that Marlon CORRALES-CORDERO, is native and citizen of Costa Rica who has previously been removed from the United States on or about September 6, 2024 and  was thereafter found by immigration authorities in the United States, on or about March 20, 2025, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title

3

8, United States Code, Sections 1326(a).

_____
Maddox G. Pleasure, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

April 8, 2025

4